HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID DELAITTRE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, in her official capacity as Acting Commissioner of the UNITED STATES SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | Case No. C15-1905-RAJ<br><br>ORDER |

This matter comes before the Court on Plaintiff's Motion for Leave to Supplement Reply For Plaintiff's Motion for Partial Summary Judgment (Dkt. # 61) and Plaintiff's Request to Respond to Defendant's Surreply (Dkt. # 66). After review of the parties' submissions, relevant portions of the record, and applicable case law, the Court **DENIES** Plaintiff's Motion for Leave to Supplement (Dkt. # 61) and **DENIES** Plaintiff's Request to Respond to Defendant's Surreply (Dkt. # 66).

DATED this 28th day of December, 2017.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1